**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7758**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

WARREN CLIFTON,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CR-98-285; CA-00-607-3-2-V)

———————

Submitted:  August 30, 2004          Decided:  September 24, 2004

———————

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Warren Clifton, Appellant Pro Se.  Gretchen C. F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Warren Clifton appeals the district court's order denying relief on Clifton's motion filed under 28 U.S.C. § 2255 (2000). We previously granted a certificate of appealability on Clifton's claim that counsel was ineffective under United States v. Peak, 992 F.2d 39 (4th Cir. 1993). Upon review of the parties' briefs and the record, we find no reversible error. Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED